**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE MORROW and VALERIE MONTOYA,<br><br>                    Plaintiffs,<br><br>        v.<br><br>SERVICE SYSTEMS ASSOCIATES, INC. and CESAR HERCULES,<br><br>                    Defendants. | Case No. CV 21-5734 PA (MARx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's September 14, 2021 Minute Order dismissing this action for failure to pay the required filing fee, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: September 14, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE